UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TERRY STONEKING,<br><br>  Plaintiff,<br>v.<br><br>DISCOVER FINANCIAL SERVICES, INC. a/k/a DFS SERVICES, LLC, AMERICAN EXPRESS, CREDIT SYSTEMS INTERNATIONAL, INC., DIAMOND SHAMROCK REFINING & MARKETING CO., GE MONEY BANK, SOUTHWEST CREDIT SYSTEMS, LP, FIRST PREMIER BANK, TRANS UNION LLC, EXPERIAN SERVICES CORP., and EQUIFAX, INC.<br><br>  Defendants. | § § § § § § § § § § § § § § § § § | CASE NO. 4:09-CV-00185-Y |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Terry Stoneking, Defendant Experian Information Solutions, Inc. ("Experian"), Defendant Trans Union, LLC ("Trans Union"), and Defendant Equifax, Inc. ("Equifax"), and file this Joint Stipulation of Dismissal With Prejudice.

All matters and things in controversy herein between Plaintiff and Defendants Experian, Trans Union, and Equifax have been fully compromised. As part of the compromise, the parties request that this Court dismiss Plaintiff's claims against Defendants with prejudice to the refiling of same.

As evidenced by the electronic signatures of the attorneys on this Motion, this Motion is agreed upon by the parties.

DATED: May 1, 2009

Respectfully submitted,

/s/ Ashton R. Anderson
Ashton R. Anderson
State Bar No. 24062587
PREVOST & SHAFF
1518 Legacy Drive, Suite 260
Frisco, TX 75034
Telephone: (972_ 239-6200
Facsimile: (972) 239-6205

*Attorneys for Plaintiff*

/s/ Jeremiah J. Anderson
Jeremiah J. Anderson
State Bar No. 24040432
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Attorney for Defendant*
*Equifax, Inc.*

/s/ Martin Thornthwaite
Paul L. Myers
Paul.myers@strasburger.com
State Bar No. 14765100
Martin Thornthwaite
mthornthwaite@strasburger.com
State Bar No. 24056891
STRASBURGER & PRICE, LLP
2801 Network Blvd., Suite 600
Frisco, TX 75034

Counsel for Defendant
Trans Union LLC

/s/ Nicole M. Perry
Nicole M. Perry
Attorney-in-Charge
State Bar No. 24056367

OF COUNSEL:

Sean Whyte
Admitted to the Northern District of Texas
Texas Bar No.
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| C. Ed Harrell<br>ceh@hwallp.com<br>HUGHES WATTERS ASKANASE, L.L.P.<br>Three Allen Center<br>333 Clay, 29th Floor<br>Houston, TX 77002<br><br>Attorneys for Defendant<br>Discover Financial Services, Inc. a/k/a DFS Services, LLC<br><br><br>Brian Stork<br>bstork@krcl.com<br>Michael A. Logan<br>mlogan@krcl.com<br>KANE RUSSELL COLEMAN & LOGAN<br>1601 Elm St.<br>3700 Thanksgiving Tower<br>Dallas, TX 75201<br><br>Attorney for Defendant<br>Southwest Credit Systems, LP | |

And, I hereby certify that I have forwarded a copy of the foregoing document via e-mail or facsimile to the following non-CM/ECF participants on May 1, 2009:

Melodye King
melodye.w.king@aexp.com
AMERICAN EXPRESS
1801 NW 66th Ave., Suite 109
Mail Code 95-01-04
Plantation, FL 33313

Representative for Defendant
American Express

Peggy Lyle
peggy@creditsystemsintl.com
CREDIT SYSTEMS INTERNATIONAL, INC.
P.O. Box 1088
Arlington, TX 76004

Representative for Defendant
Credit Systems International, Inc.

Marc Hui
marc.hui@ge.com
GE MONEY BANK - AMERICAS
4125 Windward Plaza
Alpharetta, GA 30005-8378

In-House Counsel for Defendant
GE Money Bank

Timothy M. Gebhart
Davenport Evans Hurwitz & Smith
206 West 14th Street
Sioux Falls, SD 57104
Facsimile (605) 335-3639

Attorney for Defendant
First Premier Bank

/s/ ASHTON R. ANDERSON
Ashton R. Anderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TERRY STONEKING, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| DISCOVER FINANCIAL SERVICES, INC. | § | |
| a/k/a DFS SERVICES, LLC, AMERICAN | § | |
| EXPRESS, CREDIT SYSTEMS | § | |
| INTERNATIONAL, INC., DIAMOND | § | CASE NO. 4:09-CV-00185-Y |
| SHAMROCK REFINING & MARKETING | § | |
| CO., GE MONEY BANK, SOUTHWEST | § | |
| CREDIT SYSTEMS, LP, FIRST PREMIER | § | |
| BANK, TRANS UNION LLC, EXPERIAN | § | |
| SERVICES CORP., and EQUIFAX, INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON TO BE HEARD Plaintiff Terry Stoneking, by and through his attorney of record, and also came Defendants Experian Information Solutions, Inc., Trans Union, LLC, Equifax, Inc. ("Defendants"), by and through their attorneys of record, and it was thereupon announced to the Court that all matters and things in controversy herein between Plaintiff and Defendants have been fully settled and compromised. As part of the settlement, the parties request that this Court dismiss Plaintiff's claims against Defendants with prejudice to the refiling of same. After having reviewed the pleadings and papers on file herein, and noting that the Motion is agreed by the parties, the Court enters the following Order.

IT IS ORDERED that the Joint Motion to Dismiss With Prejudice is GRANTED.

IT IS FURTHER ORDERED that all of Plaintiff's claims and causes of action against Defendants Experian Information Solutions, Inc., Trans Union, LLC, and Equifax, Inc. are

hereby dismissed with prejudice to the refiling of same. This dismissal does not effect the other co-Defendants in this matter.

IT IS FURTHER ORDERED that all costs of Court, including attorneys' fees, be taxed against the party incurring same.

IT IS SO ORDERED.

Signed this _____ day of _____, 2009.

_____
Presiding Judge