UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TERRY STONEKING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DISCOVER FINANCIAL SERVICES, INC. | § | |
| a/k/a DFS SERVICES, LLC, AMERICAN | § | |
| EXPRESS, CREDIT SYSTEMS | § | |
| INTERNATIONAL, INC., DIAMOND | § | CASE NO.  4:09-CV-00185-Y |
| SHAMROCK REFINING & MARKETING | § | |
| CO., GE MONEY BANK, SOUTHWEST | § | |
| CREDIT SYSTEMS, LP, FIRST PREMIER | § | |
| BANK, TRANS UNION LLC, EXPERIAN | § | |
| SERVICES CORP., and  EQUIFAX, INC. | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANT GE MONEY BANK

COMES NOW Plaintiff Terry Stoneking and files this Motion to Dismiss With Prejudice Plaintiff's Claims Against Defendant GE Money Bank.

The complaint in this case was filed with the 96th Judicial District Court of Tarrant County, Texas on February 26, 2009.  This case was removed to Federal Court on March 29, 2009.  Defendant GE Money Bank was served in this action.  GE Money Bank has not served an answer or a motion for summary judgment in this cause.  The Plaintiff is filing this Motion to Dismiss with Prejudice Plaintiff's Claims Against Defendant GE Money Bank with the intention of dismissing the case under FRCP 41(a)(1)(A)(i) with prejudice to refilling.

DATED: June 1, 2009

Respectfully submitted,

*/s/ Ashton R. Anderson*

Ashton R. Anderson
State Bar No. 24062587
PREVOST & SHAFF
1518 Legacy Drive, Suite 260
Frisco, TX 75034
Telephone: (972_ 239-6200
Facsimile: (972) 239-6205

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| C. Ed Harrell<br>ceh@hwallp.com<br>HUGHES WATTERS ASKANASE, L.L.P.<br>Three Allen Center<br>333 Clay, 29th Floor<br>Houston, TX 77002<br><br>Attorneys for Defendant<br>Discover Financial Services, Inc. a/k/a DFS Services, LLC<br><br><br>Brian Stork<br>bstork@krcl.com<br>Michael A. Logan<br>mlogan@krcl.com<br>KANE RUSSELL COLEMAN & LOGAN<br>1601 Elm St.<br>3700 Thanksgiving Tower<br>Dallas, TX 75201<br><br>Attorney for Defendant<br>Southwest Credit Systems, LP | |

And, I hereby certify that I have forwarded a copy of the foregoing document via e-mail or facsimile to the following non-CM/ECF participants on June 1, 2009:

B. Bruce Johnson
brucej@lawbbj.com
Johnson & Silver, LLP
Two Hillcrest Green
12720 Hillcrest Road, Suite 280
Dallas, Texas 75230-2053
(972) 788-4610 ext. 203
(972) 386-7694 (fax)

Attorney for Defendant
American Express

Michael Zamat
michael.zamat@ge.com
GE MONEY BANK - AMERICAS
4125 Windward Plaza
Alpharetta, GA 30005-8378

In-House Counsel for Defendant
GE Money Bank

/s/ ASHTON R. ANDERSON
Ashton R. Anderson